Case 09-10672-bam    Doc 56    Entered 06/16/09 15:51:22    Page 1 of 2



Entered on Docket
June 16, 2009

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

---

**WILDE HANSEN, LLP**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Wells Fargo Bank, N.A.
09-70757 / 0146403209

Electronically Filed on _____

UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-09-10672-bam |
| Michael M. Vanderheiden | Date: __May 5, 2009_____<br>Time: __1:30 p.m._____ |
| | Chapter 13 |
| Debtor. | |

### ORDER MODIFYING THE AUTOMATIC STAY

Secured Creditor's Motion for Relief from the Automatic Stay having come on for hearing in the above-entitled Court, with GREGORY L. WILDE, ESQ., of the law firm of Wilde & Associates,

appearing on behalf of Secured Creditor. Michael M. Vanderheiden, Debtor In Propria Persona did appear. Argument having been heard, and based upon the papers and pleadings on file herein and good cause appearing therefor:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Debtors are allowed to seek a loan modification on their loan 0146403209, secured by subject property 4804 El Tesoro Avenue, Las Vegas, Nevada  89121.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that should Movant wish to seek attorney's fees and costs, the court has scheduled an **evidentiary hearing on May 28, 2009 at 1:30 p.m.** whereby a live witness representing the Movant shall be required to appear.

Submitted by:
WILDE & ASSOCIATES

By /s/ K. Adust #10235
GREGORY L. WILDE, ESQ.
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED AS TO FORM & CONTENT:
Rick Yarnall                                    Michael Vanderheiden

By /s/ Scott  6-9-09                    By /s/ Michael Vanderheiden
Rick Yarnall                                    Michael Vanderheiden
Chapter 13 Trustee                          Pro Se Debtor
701 Bridger Avenue #820                 4804 El Tesoro Avenue
Las Vegas, NV 89101                      Las Vegas, NV 89121