RECEIVED
AND F...

MAR 8  11 04 AM '10

U.S. ...
MAR...

MICHAEL M. VANDERHEIDEN
PRO-SE
4804 EL Tesoro Ave
Las Vegas, Nevada 89121
702-379-8173

WELLS FARGO BANK N.A.
09-70757 / 0146403209

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

In Re:                                          BK-S-09-10672-bam

Michael M. VanderHeiden                         Date: 04/06/2010
                                                Time: 1:30 P.M.

                                                Chapter 13

Debtor

AMENDED/REVIEWED

### MOTION TO LIFT THE AUTOMATIC STAY

Debtor, Michael M. VanderHeiden, Seeks Motion for Relief from the Automatic Stay, with the courts approval for a loan modification with Wells Fargo, If not approved By the Courts or Wells Fargo then the loan will stay under the automatic stay through the The chapter 13 bankruptcy.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the mortgage be

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that the hearing on the said Motion will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Third Floor, Bankruptcy Courtroom No. 1, Las Vegas, Nevada 89101 on APRIL 06, 2010, at the hour of 1:30 P.M.

DATED: 03/08/2010

MICHAEL M. VANDERHEIDEN
Attorney/Debtor

Sent To: via US mail with correct postage to:

Gregory Wilde ESQ
208 So. Jones Blvd
Las Vegas, NV 89107

Rick Yarnall
Chapter 13 Trustee
701 Bridger Ave
Suite 320
Las Vegas, NV 89101

NV_9014(NtcHrg_LV-12-09).wpd

- 2 -